[No. 57308-0-I.   Division One.   April 16, 2007.]

*In the Matter of the Marriage of* MARGO R. LANGHAM, *Respondent,* and VELLE J. KOLDE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 93-3-05998-5, Sharon S. Armstrong, J., entered November 22, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Schindler, A.C.J., and Grosse, J.

[No. 57451-5-I.   Division One.   April 16, 2007.]

PHIL GROSS, *Appellant,* v. KENYON SUNDING ET AL., *Respondents.*

Appeal from judgments of the Superior Court for King County, No. 05-2-05552-9, William L. Downing, J., entered October 21 and November 21, 2005. *Affirmed* by unpublished opinion per Appelwick, C.J., concurred in by Baker and Cox, JJ. Now published at 139 Wn. App. 54.

[No. 57608-9-I.   Division One.   April 16, 2007.]

THE STATE OF WASHINGTON, *Respondent,* v. CALVIN JAKE BARKSDALE, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-08495-9, Carol A. Schapira, J., entered December 23, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57959-2-I.   Division One.   April 16, 2007.]

THE CITY OF OAK HARBOR, *Appellant,* v. ST. PAUL MERCURY INSURANCE COMPANY, *Respondent.*

Appeal from a judgment of the Superior Court for Island County, No. 04-2-00450-5, Vickie I. Churchill, J., entered February 17, 2006. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, A.C.J., and Dwyer, J. Now published at 139 Wn. App. 68.